UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE WATTERS, III., | No. 1:25-cv-00202-SAB (PC) |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF No. 11) |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 16, 2026, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to comply with the Court's February 2, 2026, screening order. (ECF No. 11.) On this same date, Plaintiff filed a first amended complaint in response to the screening order. (ECF No. 12.)

Accordingly it is HEREBY ORDERED that:

1. The order to show cause issued on March 16, 2026, (ECF No. 11), is DISCHARGED; and

2. The Court will screen Plaintiff's first amended complaint in due course.

IT IS SO ORDERED.

Dated: __**March 18, 2026**__     _____

STANLEY A. BOONE
United States Magistrate Judge

1