UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE WATTERS, III., | No.  1:25-cv-00202-SAB (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |
| v. | (ECF No. 18) |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 20, 2026, the Court screened Plaintiff's first amended complaint, found no cognizable claims, and granted Plaintiff one final opportunity to amend the complaint.  (ECF No. 14.)  On April 28, 2026 and May 27, 2026, the Court granted Plaintiff's request to extend the time to file an amended complaint.  (ECF Nos. 16, 18.)  Plaintiff has failed to file an amended complaint and the time to do so has passed.  Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to state a cognizable claim for relief.  Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for failure to state a claim.

IT IS SO ORDERED.

Dated:   **July 8, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1