UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIE LEE WATTERS, III.,

Plaintiff,

v.

CDCR, et al.,

Defendants.

No. 1:25-cv-00202-SAB (PC)

ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

(ECF No. 20)

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 20, 2026, the Court screened Plaintiff's first amended complaint, found no cognizable claims, and granted Plaintiff one final opportunity to amend the complaint. (ECF No. 14.) On April 28, 2026 and May 27, 2026, the Court granted Plaintiff's request to extend the time to file an amended complaint. (ECF Nos. 16, 18.) Plaintiff failed to file an amended complaint. Therefore, on July 8, 2026, the Court issued an order to show cause why the action should not be dismissed. (ECF No. 19.)

On July 13, 2026, Plaintiff filed a third motion for a 90-day extension of time to file a second amended complaint. (ECF No. 20.) Having considered the request, the Court finds good cause to grant, in part, the requested extension of time. Fed. R. Civ. P. 6(b). However, the Court

finds that an extension of thirty days, rather than ninety days, is reasonable under the circumstances. In addition, no further extensions of time will be granted absent extraordinary circumstances, no present here.

Accordingly, it is HEREBY ORDERED that:

1. The Court's July 8, 2026 order to show cause (ECF No. 19) is DISCHARGED;
2. Plaintiff is granted thirty (30) days from the date of service of this order to file a second amended complaint; and
3. Failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated: **July 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge